IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **EDYTHE PHILLIPS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **10cv0002** |
| | ) | **ELECTRONICALLY FILED** |
| v. | ) | |
| | ) | |
| **OMNICARE PHARMACY,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER OF COURT**

AND NOW, this 21st day of April, 2010, in accordance with the foregoing memorandum opinion, it is **HEREBY ORDERED as follows**:

Defendant's Partial Motion to Dismiss (Doc. No. 11) is **GRANTED**.

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All Registered ECF Counsel and Parties

Edythe Phillips
1600 Roberta Drive
Apt. 6109
Marietta, GA 30008
412-223-8888
PRO SE